STATE OF NEW JERSEY v. DENNIS HUNT.

September 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DEVLIN, ET AL.

September 26, 1988.

Petition for certification dismissed as moot.

WALTER D. BUIST, ET AL. v. WILLIAM L. BRADY, ET AL.

September 26, 1988.

Petition for certification denied.

GEORGE A. BLAIR v. TAXATION DIVISION DIRECTOR.

September 26, 1988.

Petition for certification denied.   (See 225 *N.J.Super.* 584)